**Linda HARPER, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 00–3262.

United States Court of Appeals, Federal Circuit.

DECIDED: May 11, 2001.

Before CLEVENGER and SCHALL, Circuit Judges, PLAGER, Senior Circuit Judge.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**In re David P. BOYCE, Rajendra Mehta, and David F. Laurash.**

No. 00–1524.

United States Court of Appeals, Federal Circuit.

DECIDED: May 11, 2001.

Before MAYER, Chief Judge, LINN and DYK, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.